## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ADAM BUGBEE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-cv-06164 |
| ) | |
| v. ) | Honorable Harry D. Leinenweber |
| ) | |
| SPANISH BROADCASTING SYSTEMS, ) | |
| INC. and DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ADAM BUGBEE, and Defendant, SPANISH BROADCASTING SYSTEMS, INC. and DOES 1-20, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By: /s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman P.C.
333 Skokie Blvd, Suite 103
Northbrook, IL 60062
Phone: (888) 595-9111 x 663
dlevin@toddflaw.com

By: /s/ Isaac J. Colunga
Attorney for Defendant
ICE MILLER LLP
200 W. Madison, Suite 3500
Chicago, IL 60606
Phone: (312) 726-1567
isaac.colunga@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018 a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff